United States Bankruptcy Court
Northern District of Ohio

In re:                                                    Case No. 16-14857-jps
Eric M. Henry, Sr.                                        Chapter 13
Paulette D. Henry
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0647-1          User: bfaun          Page 1 of 1          Date Rcvd: Nov 10, 2016
                             Form ID: 187          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 12, 2016.
db/db            +Eric M. Henry, Sr.,    Paulette D. Henry,    1817 East 32nd Street,    Lorain, OH 44055-1811

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MidFirst Bank
                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2016                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 10, 2016 at the address(es) listed below:
            Craig H. Shopneck     ch13shopneck@ch13cleve.com,    cshopneck13@ecf.epiqsystems.com
            Daniel C. Wolters    on behalf of Creditor   MidFirst Bank amps@manleydeas.com,
             dcwolters@manleydeas.com
            William J. Balena    on behalf of Debtor Paulette D. Henry docket@ohbksource.com,
             debra@ohbksource.com
            William J. Balena    on behalf of Debtor Eric M. Henry, Sr. docket@ohbksource.com,
             debra@ohbksource.com
                                                                   TOTAL: 4

Northern District Of Ohio
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235
**Case No. 16−14857−jps**

**In re:**

| | |
|---|---|
| Eric M. Henry Sr. | Paulette D. Henry |
| 1817 East 32nd Street | 1817 East 32nd Street |
| Lorain, OH 44055 | Lorain, OH 44055 |

**Social Security No.:**

| | |
|---|---|
| xxx−xx−3574 | xxx−xx−3620 |

**NOTICE OF HEARING**

**To the Creditors and Parties in Interest:**

Notice is hereby given that a hearing in the above case will be held at the U.S. Bankruptcy court on:

**Date/Time/Location of Hearing**
DECEMBER 8, 2016 AT 9:30 A.M.
HOWARD M. METZENBAUM U.S. COURTHOUSE
#2B JUDGE JESSICA PRICE SMITH COURTROOM

To consider and act upon the following matters:

TRUSTEE'S MOTION TO DISMISS CASE (DOC. #19)

DEBTOR'S OBJECTION TO TRUSTEE'S MOTION (DOC. #30)

**Dated:** November 10, 2016                                                                                    For the Court
Form ohnb187                                                                                                        Kenneth J. Hirz, Clerk