# Balena Law Firm, LLC

Attorney at Law

30400 Detroit Road Suite 106

Westlake, OH 44145

Phone: 440-365-2000 | Fax: 866-936-6113

Account Statement

Prepared for Eric Henry

Re: chapter 13 Bankruptcy hourly

| | |
|---|---|
| Previous Balance | ($2,828.00) |
| Current Charges | $9,655.77 |
| New Balance | $6,827.77 |
| | |
| Adjustments | $500.00 |
| | |
| Payments | ($3,328.00) |
| Now Due | $6,827.77 |
| Trust Account | $0.00 |

# Balena Law Firm, LLC

Attorney at Law

30400 Detroit Road Suite 106

Westlake, OH 44145

Phone: 440-365-2000 | Fax: 866-936-6113

## INVOICE

Eric Henry
1817 E. 32nd Street
Lorain, OH 44055

Invoice Date: February 23, 2017
Invoice Number: 12339
Invoice Amount: $9,655.77

## Matter: chapter 13 Bankruptcy hourly

**Attorney's Fees**

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 3/17/2016 | meet with Eric to Discuss new filing; Large judgment creditor died; estate filed; new hourly ch13 agreement; copy to client | W.J.B. | 1.10 | $330.00 |
| 3/18/2016 | open client file, best case, scanned docs, research ct docket, prior BK research, etc. Issued P/L for Paulette to complete. | D.G.E. | .50 | No Charge |
| 4/8/2016 | Processed $500 pymt | D.G.E. | .10 | No Charge |
| 4/8/2016 | Eric called after I processed 4/8/16 pymt (approx a half hour after); he wanted me to refund $300 of the $500 pymt. He said he had other debts to pay. I do not have the authority to refund monies. I will speak with Bill when he arrives to the office. | D.G.E. | .20 | No Charge |
| 4/8/2016 | Spoke with Bill regarding Eric's request for refund. The funds have been deposited to his account. We can refund the money from Law Pay. Bill said he told Eric that he needs to call the day before so I don't process the payment. | D.G.E. | .30 | No Charge |
| 4/8/2016 | Per Bill Eric will not be moving forward with this case. I will close the file. | D.G.E. | .20 | No Charge |
| 4/8/2016 | Refunded $500 payment to Eric. Eric will not be filing Ch 13 at this time. File Closed | D.G.E. | .30 | No Charge |
| 4/8/2016 | client called after payment processed; wanted to return $300 to his account. Called him. Explained there were fees for each transaction. he said to deduct them from refund; reminded him when next payment due, and that I told him to call before the payment if a change is needed. Tried to ask him | W.J.B. | .10 | $30.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| | what we should do about the change in the planned payment schedule. He got very angry since it was just a mistake on his part, and it was my fault their last case was dismissed. (there was an income drop and no room for a moratorium). He then said to just refund the whole payment less the charges. Tried to calm him. He hung up. Refunded entire payment. | | | |
| 4/8/2016 | draft letter terminating representation | W.J.B. | .20 | No Charge |
| 4/13/2016 | Processed $500 pymt of $2500.00 fee | D.G.E. | .10 | No Charge |
| 5/13/2016 | Processed $900 pymt | D.G.E. | .10 | No Charge |
| 5/13/2016 | OC to Eric to verify when he would like to process his next $500 pymt, text from Eric tell me to process $900 pymt | D.G.E. | .20 | No Charge |
| 5/27/2016 | Paulette called and requested that I email her the checklist, Access and Profit & Loss stmt. I created the P/L from her prior case. EM sent to Paulette | D.G.E. | .30 | No Charge |
| 5/27/2016 | cf paulette coming in with balance for case | W.J.B. | .10 | $30.00 |
| 5/27/2016 | Pauletter arrived with son. took time to figure out balance on case; gave CCC document | W.J.B. | .50 | $150.00 |
| 6/6/2016 | Paulette called the office to find out what her case number is? I just emailed the checklist of required documents to her and have received nothing from her. We went over the list and if she has new debt to update that info. | D.G.E. | .30 | $21.00 |
| 6/6/2016 | Scanned CCC's to dropbox | D.G.E. | .10 | No Charge |
| 6/28/2016 | cf client; left vm; want to come tomorrow to drop papers. explained deb on vactiona and better to do so after she gets back 7/5 | W.J.B. | .10 | $30.00 |
| 7/5/2016 | Paulette called the office to sched. apt to complete p/l. Apt for 7-7-16 @ 9:15 | D.G.E. | .10 | No Charge |
| 7/7/2016 | Paulette was a no show - no call for today's apt. | D.G.E. | 1.00 | $70.00 |
| 7/7/2016 | pc from Paulette later in the afternoon to resch apt. | D.G.E. | .10 | $7.00 |
| 7/8/2016 | Updated Business Questionnaire, P/L for 2015 & 2016 | D.G.E. | .50 | $35.00 |
| 7/14/2016 | call from Paulette with status of signing apt. I gave the file to Bill to prepare the plan | D.G.E. | .20 | No Charge |
| 7/20/2016 | Follow up pc from Paulette. Bill has the file to review and prepare the plan. | D.G.E. | .20 | No Charge |
| 8/9/2016 | Eric called the office; he received FC Notice for Lorain County Court. He wants to know the status of filing the Ch 13 to protect his home. | D.G.E. | .20 | No Charge |
| 8/9/2016 | Eric found a full time job. He starts on August 15, 2016. I requested the company info and pay scale. | D.G.E. | .10 | No Charge |
| 8/9/2016 | cf eric. wants status, advised hire full time. told him I need his first full pay check to create plan. can't file until after he receives a full chedk. | W.J.B. | .20 | $60.00 |
| 8/10/2016 | Eric dropped off FC paperwork | D.G.E. | .10 | No Charge |
| 9/1/2016 | oc to Eric to set apt to sign petition for tomorrow per Bill. I got his vm | D.G.E. | .20 | No Charge |
| 9/1/2016 | Return call from Eric, apt signing apt set for 9-2-16 @ 2 pm | D.G.E. | .20 | No Charge |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 9/1/2016 | cf Eric Henry utilities shut off. needs to file to reinstate. czlled dedb to set up shell filing. wont have first paystub until 9/8 | W.J.B. | .20 | $60.00 |
| 9/2/2016 | Fax sent to Wells Fargo Auto Loan   F: 866-884-9701 | D.G.E. | .10 | No Charge |
| 9/2/2016 | Fax sent to Springleaf  F; 330-634-0671 | D.G.E. | .10 | No Charge |
| 9/2/2016 | Fax sent to Ohio Edison  F: 877-289-3674 | D.G.E. | .10 | No Charge |
| 9/2/2016 | signing appt for shell bankruptcy filing; impress on client need to have schedules complete and ready to file in 10 days. | W.J.B. | 1.20 | $360.00 |
| 9/7/2016 | Notice of deficiency to file schedules, plan, etc. Hearing set for 9-16-16 | D.G.E. | .10 | No Charge |
| 9/12/2016 | 341 Meeting sch. for 10/13/16 @ 10:30 | D.G.E. | .10 | No Charge |
| 9/16/2016 | prepared and mailed 341 Notice | D.G.E. | .30 | $22.50 |
| 9/19/2016 | scanned show cause hearing sched for 10/20/16 at 9:30  Price Smith | D.G.E. | .10 | No Charge |
| 9/21/2016 | work on schedules and plan | W.J.B. | 2.50 | $750.00 |
| 9/22/2016 | prepare plan | W.J.B. | 1.80 | $540.00 |
| 9/22/2016 | em to Eric to sched apt to sign petition | D.G.E. | .20 | No Charge |
| 9/22/2016 | ORDER TO APPEAR AND SHOW CAUSE | D.G.E. | .10 | No Charge |
| 9/23/2016 | VM to Eric to call and schedule apt to sign petition | D.G.E. | .20 | No Charge |
| 9/23/2016 | create pay order and upload to court | W.J.B. | .50 | $150.00 |
| 9/26/2016 | Order for Debtor's Employer Flow Polymers to Pay Trustee $2,158.00 per month | D.G.E. | .10 | No Charge |
| 9/26/2016 | em and vm to Eric to schedule apt to sign petition | D.G.E. | .30 | No Charge |
| 9/27/2016 | apt to sign petition | D.G.E. | .20 | No Charge |
| 9/29/2016 | Notice of Order To Pay Wages | D.G.E. | .10 | No Charge |
| 9/29/2016 | Henry signing appt, upload completion schedules, upload plan. Have Eric confirm email address with deb for future correspondence. Client claim did not receive email telling them to come in for signing last week. Eric did receive my text message sent a week later. Explained that email creates record of correspondence and is for both our protection. | W.J.B. | 1.10 | $330.00 |
| 9/29/2016 | optimize separate tax returns and upload them to Trustee | W.J.B. | .20 | $60.00 |
| 9/29/2016 | set up certificate of service account for service of papers | W.J.B. | .30 | $90.00 |
| 9/29/2016 | create rights and responsibilities, print and have debtors sign | W.J.B. | .30 | $90.00 |
| 10/3/2016 | POC Springleaf Financial Services | D.G.E. | .10 | No Charge |
| 10/14/2016 | Notice of Appearance and Request for Notice by Daniel C. Wolters Filed by Creditor MidFirst Bank | D.G.E. | .10 | No Charge |
| 10/19/2016 | Katy called three time and texted me 4 times regarding Henry's not showing for the 341 | D.G.E. | .60 | No Charge |
| 10/19/2016 | VM to Eric;  clients are no shows for 341 | D.G.E. | .20 | No Charge |
| 10/19/2016 | PC from Eric; he said he never received notice of 341.  The court and myself mailed him the notice. He said he made his first pymt online. I logged into BKlink and no pymt is recorded | D.G.E. | .30 | No Charge |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 10/19/2016 | vm to eric to email his pymt receipt to me | D.G.E. | .20 | No Charge |
| 10/19/2016 | Meeting of Creditors Not Held ON 10/19/16 - TRUSTEE'S MOTION TO DISMISS CASE TO BE FILED | D.G.E. | .20 | No Charge |
| 10/19/2016 | Meeting of Creditors Not Held ON 10/19/16 - TRUSTEE'S MOTION TO DISMISS CASE TO BE FILED | D.G.E. | .10 | No Charge |
| 10/19/2016 | Email Katie. Explain reasons for late filings | W.J.B. | .30 | $90.00 |
| 10/19/2016 | Txtsfrom deb, no plan payments, client's no show and not making payments. | W.J.B. | .10 | $30.00 |
| 10/19/2016 | Email from Katy. Advise no show and Phil will be filing to dismiss. | W.J.B. | .10 | $30.00 |
| 10/19/2016 | Text from Atty. Donnelly that client's did not show up for the 341 meeting | D.G.E. | .20 | No Charge |
| 10/20/2016 | show cause hearing adj. until 11/3/16 at 9:30. Attorney Donnelly explained the computer issue Bill had and she stated he could of filed them manually. The Judge stated he could of filed the docs manually at the court. She wants him to explain to her why he did not file a motion to extend deadline with court and why he did not file the docs manually. | D.G.E. | .30 | No Charge |
| 10/24/2016 | logged onto bklink.com   No pymt received. I printed the pymt screen and placed the hard copy in the client file. | D.G.E. | .30 | $22.50 |
| 10/24/2016 | em to client to sch apt per Bill's instruction. | D.G.E. | .20 | No Charge |
| 10/24/2016 | apt scheduled for 10/27/16 @ 11:00 | D.G.E. | .10 | No Charge |
| 10/24/2016 | POC  Internal Revenue Service | D.G.E. | .10 | No Charge |
| 10/25/2016 | POC  Capital One Bank | D.G.E. | .10 | No Charge |
| 10/26/2016 | scanned Amended Notice of Motion to Dismiss Case | D.G.E. | .10 | No Charge |
| 10/27/2016 | Meet with Clients to discuss how they did not receive my letter of the 341 meeting AND the letter sent out by the court. They swear they were watching for it and never received it. New postman, sometime they receive other people's mail. Wonder if theirs went elsewhere? Eric said he switched shifts so he could be to hearings and not miss work. Will have to reply to motion to dismiss. | W.J.B. | .60 | $180.00 |
| 10/27/2016 | prepare notice of plan, format, file and upload service package to COS. | W.J.B. | .90 | $270.00 |
| 10/28/2016 | POC  Quantum3 Group LLC  for the Avenue | D.G.E. | .10 | No Charge |
| 10/28/2016 | POC  CenturyTel of Ohio | D.G.E. | .10 | No Charge |
| 10/28/2016 | motion for retroactive extension of time to file pet, plan and schedules | W.J.B. | 1.30 | $390.00 |
| 10/31/2016 | complete motion for retroactive extension, draft notice of motion and order | W.J.B. | 1.00 | $300.00 |
| 10/31/2016 | prepare withdrawal of docs filed; error in drafting found | W.J.B. | .30 | No Charge |
| 10/31/2016 | correct motion, notice and order | W.J.B. | .20 | No Charge |
| 11/1/2016 | Motion & notice of Motion for retroactive extension of time to file schedules and plan | D.G.E. | .20 | No Charge |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 11/1/2016 | POC Sprint | D.G.E. | .10 | No Charge |
| 11/1/2016 | re-proof, update motion to extend time, notice of mot and order | W.J.B. | .80 | $240.00 |
| 11/2/2016 | Scanned filed Motion to Extend Deadline to File Schedules | D.G.E. | .10 | No Charge |
| 11/2/2016 | Withdraw Motion to extend time to file schedules and plan | D.G.E. | .10 | No Charge |
| 11/3/2016 | Show cause hearing for failure to file plan and schedules by deadline | W.J.B. | .40 | $120.00 |
| 11/3/2016 | calendar response date for reply to trustee motion to dismiss | W.J.B. | .10 | $30.00 |
| 11/3/2016 | travel to and from show cause hearing | W.J.B. | 1.60 | $240.00 |
| 11/9/2016 | mailed filed Obj to Motion to dismiss case | D.G.E. | .10 | No Charge |
| 11/9/2016 | objection to trustee's motion to dismiss | W.J.B. | .60 | $180.00 |
| 11/10/2016 | scanned Objection to Chapter 13 Trustee's motion to dismiss; mailed copy to client | D.G.E. | .20 | No Charge |
| 11/11/2016 | Trustee's Motion To Dismiss Case hearing notice for 12-8-16 @ 9:30 | D.G.E. | .20 | No Charge |
| 12/6/2016 | brief call to HD to discuss their position on dismissal motion set this thurs. Holly out left message on VM | W.J.B. | .10 | $30.00 |
| 12/7/2016 | return call from HD. They are standing on their motion because debtors did not show up for 341. Funding current. I will have to appear to tell the story to the judge. | W.J.B. | .10 | $30.00 |
| 12/8/2016 | Travel to and From hearing on CS motion to dismiss | W.J.B. | 1.60 | $240.00 |
| 12/8/2016 | hearing on trustee motion to dismiss; court granted new 341 on 12/14/16. text new date to Eric. Will tet time when I have it | W.J.B. | .50 | $150.00 |
| 12/13/2016 | txt to client reminding him of 341 tomorrow with reply | W.J.B. | .10 | $30.00 |
| 12/14/2016 | travel to and from creditor meeting | W.J.B. | 1.60 | $240.00 |
| 12/14/2016 | creditor meeting | W.J.B. | .30 | $90.00 |
| 12/14/2016 | text messages from client regarding location | W.J.B. | .20 | $60.00 |
| 12/16/2016 | em to Eric, the Trustee has requested to review all pay stubs received from Eric at his new job. | D.G.E. | .10 | No Charge |
| 12/19/2016 | POC LVNV Funding, LLC for Resurgent Capital Services | D.G.E. | .10 | No Charge |
| 12/22/2016 | POC Ashley Funding Services, LLC its successors of Laboratory Corporation | D.G.E. | .10 | No Charge |
| 12/27/2016 | review printed pay advices post petition emailed by debtor employer | W.J.B. | .10 | $30.00 |
| 12/28/2016 | find pdf sent by debtor employer and upload post petition pay advices to ch 13 trustee | W.J.B. | .30 | $90.00 |
| 1/4/2017 | POC Ohio Edison | D.G.E. | .10 | No Charge |
| 1/10/2017 | create PDF from business income chart; complete amendment coversheet; file amended Sch I with court. | W.J.B. | .40 | $120.00 |
| 1/10/2017 | call Holly Davala at ch 13 trustee office. (3 calls system would not accept my keypad input). inquire if we can simply interlineate plan. | W.J.B. | .10 | $30.00 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 1/10/2017 | scanned Amended Schedules I with small business attachment and Summary of Schedules | D.G.E. | .10 | No Charge |
| 1/10/2017 | POC Directv, LLC | D.G.E. | .10 | No Charge |
| 1/11/2017 | vm and email to eric to call the office asap; PC to Paulette 440-654-8198 (H) & 440-219-876 (C) both pc went to VM | D.G.E. | .50 | No Charge |
| 1/11/2017 | Amended Schedules I with income statement attached and Summary of Schedules | D.G.E. | .10 | No Charge |
| 1/11/2017 | retroactive suspension of plan payments, notice of motion and proposed order | W.J.B. | 2.00 | $600.00 |
| 1/11/2017 | cf Holly Davala; clients behind in funding; need paulette's business infor through december | W.J.B. | .10 | $30.00 |
| 1/11/2017 | numerous text messages to Eric | W.J.B. | .20 | $60.00 |
| 1/11/2017 | pc leave vm for Eric | W.J.B. | .10 | $30.00 |
| 1/11/2017 | call HD and return call; will need to come in tomorrow to plead sitaution | W.J.B. | .10 | $30.00 |
| 1/11/2017 | 2 calls from Eric; comp approved today; downloading verification documents | W.J.B. | .20 | $60.00 |
| 1/11/2017 | download, re-format and upload workers comp documents to Ch13 Trustee document delivery portal | W.J.B. | .50 | $150.00 |
| 1/11/2017 | prep Sch I with attachment for income expense through end of 2016 | W.J.B. | .20 | $60.00 |
| 1/12/2017 | scanned The order submitted 01/11/2017 from file '729579.pdf' is deficient | D.G.E. | .10 | No Charge |
| 1/12/2017 | Motion to Suspend Payments to Chapter 13 Trustee | D.G.E. | .10 | No Charge |
| 1/12/2017 | travel to and from confirmation hearing | W.J.B. | 1.70 | $255.00 |
| 1/12/2017 | confirmation hearing; HD received motion to suspend; needs plan amended to 20% due to paulette's income and expense changes. Adjourned to 2/23/17. | W.J.B. | .40 | $120.00 |
| 1/16/2017 | calculate amended plan, prepare new pay order. email debtors copy of each doc with request to sign and return or provide consent to file. Text Eric that I sent email. | W.J.B. | 1.10 | $330.00 |
| 1/17/2017 | continue work on motion to modify plan, notice of hearing and service clauses. Receive signed plan via email. | W.J.B. | .60 | $180.00 |
| 1/17/2017 | POC City of Lorain | D.G.E. | .10 | No Charge |
| 1/18/2017 | withdraw motion to suspend plan payments | W.J.B. | .30 | $90.00 |
| 1/18/2017 | Objection to Motion to Suspend Plan Payment Filed by Craig H. Shopneck | D.G.E. | .10 | No Charge |
| 1/18/2017 | Amended Chapter 13 Plan Filed by Eric M. Henry Sr | D.G.E. | .10 | No Charge |
| 1/19/2017 | update Motion to Modify and Notice of Hearing. Create PDFs for filing, File docs. Create Service binder of motion, notice and amd plan. Create two up PDF for service, upload service order to COS for mailing. | W.J.B. | 1.20 | $360.00 |
| 1/19/2017 | First Motion & Notice to Modify Plan | D.G.E. | .10 | No Charge |
| 1/19/2017 | Amended Order For Debtor's Employer, Flow | D.G.E. | .10 | No Charge |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| | Polymers, LLC, To Pay Trustee $2,394.44 | | | |
| 1/19/2017 | Withdraw Motion to retroactively suspend plan payments to trustee | D.G.E. | .10 | No Charge |
| 1/20/2017 | Notice of hearing for Motion to modify plan on 2/23/17 @ 9:30 | D.G.E. | .10 | No Charge |
| 1/23/2017 | Notice of Order To Pay Wages $2394.44 | D.G.E. | .10 | No Charge |
| 2/21/2017 | call HD leave message as to w/n case will be confirmed. advise I have timne conflict with time in Akron | W.J.B. | .10 | $30.00 |
| 2/21/2017 | call HD and leave message that Akron conflict resolved. | W.J.B. | .10 | $30.00 |
| 2/21/2017 | cf HD assistant advise case recommended for confirmation. | W.J.B. | .10 | $30.00 |
| 2/21/2017 | check plan funding online. Text client he is slightly behind. | W.J.B. | .20 | $60.00 |
| 2/21/2017 | text client plan confirmed. | W.J.B. | .10 | $30.00 |
| 2/21/2017 | cf Eric Henry. congratualte hime on makining it happen even though seriously hurt at work. | W.J.B. | .20 | $60.00 |
| 2/22/2017 | Scanned Notice of Mortgage Payment Change (Claim # 8) | D.G.E. | .10 | No Charge |
| 2/23/2017 | review client billing for chapter 13 case | W.J.B. | 2.00 | No Charge |
| 2/23/2017 | application for fees | W.J.B. | .80 | No Charge |
| SUBTOTAL: | | | 50.80 | $9,073.00 |

**Costs**

| Date | Description | Amount |
|---|---|---|
| 3/17/2016 | chapter 13 filing fee | $310.00 |
| 3/17/2016 | credit counseling | $18.00 |
| 10/28/2016 | BK Attorney Services LLC; serve notice of plan: postage $32.85, printing $65.70. Total invoice $98.55. | $98.55 |
| 11/3/2016 | garage parking | $5.00 |
| 11/9/2016 | 3 printed pages @ .20 per page for service copy to client and $0.47 postage. | $1.07 |
| 1/12/2017 | meter parking | $2.00 |
| 1/19/2017 | bk attorney services costs to serve mot to modify plan with attachments: total postage $35.55, total printing $106.55. Invoice total $142.20 | $142.20 |
| 2/23/2017 | price increase second debtor education program. | $5.95 |
| SUBTOTAL: | | $582.77 |

**Matter Ledgers**

| Date | Description | Amount |
|---|---|---|
| 4/8/2016 | Balance before last invoice | $0.00 |
| 4/8/2016 | debit payment | ($500.00) |
| 4/8/2016 | (Adjustment) brief dispute with client; refunded full payment | $500.00 |
| 4/13/2016 | debit payment authorized by eric henry | ($500.00) |
| 5/13/2016 | debit payment authorized by Eric Henry | ($900.00) |
| 5/27/2016 | office payment by Paulette Henry | ($1,100.00) |
| 10/4/2016 | Funds transferred from Trust - disbure costs from trust for credit card payment | ($328.00) |
| 2/23/2017 | Invoice 12339 | $9,655.77 |
| SUBTOTAL: | | $6,827.77 |

**Trust Account**

| Date | Description | Amount |
|---|---|---|
| 10/4/2016 | Previous Balance | $0.00 |
| 5/27/2016 | Payment to trust for Chapter 13 filing fee and credit counseling | $328.00 |
| 10/4/2016 | Advanced fees withdrawn from Trust - disbure costs from trust for credit card payment - chapter 13 Bankruptcy hourly | ($328.00) |
| Available in Trust: | | $0.00 |

TOTAL $9,655.77

PREVIOUS BALANCE (CREDIT) $2,828.00

CURRENT BALANCE DUE AND OWING $6,827.77