# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | Eric M. Henry, Sr. | ) Case No. 16-14857 |
| | Paulette D. Henry | ) Chapter 13 Proceedings |
| | Debtors | ) Judge Jessica E. Price Smith |

## NOTICE OF TRUSTEE'S MOTION TO DISMISS CASE
## FOR FAILURE TO FUND

**Lauren A. Helbling**, the Chapter 13 Bankruptcy Trustee, has filed papers with the court to dismiss your case.

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to dismiss your case, or if you want the court to consider your views on the motion, then on or before **December 12, 2018**, you or your attorney must:

1. File with the Court, a written response to the motion explaining your position, at

   U.S. Bankruptcy Court
   Howard M. Metzenbaum U.S. Court House
   201 Superior Avenue
   Cleveland, Ohio 44114

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

2. Send a copy to:
   Lauren A. Helbling, Chapter 13 Bankruptcy Trustee
   200 Public Square, Suite 3860
   Cleveland, Ohio 44114-2321

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief without a hearing.

/s/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268     Fax (216) 621-4806
Ch13trustee@ch13cleve.com

**CERTIFICATE OF SERVICE**

I certify that on November 21, 2018, a true and correct copy of this Notice of Motion was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

William J Balena, on behalf of Paulette D. Henry & Eric M. Henry, Sr., Debtors
at Docket@Ohbksource.Com

And by regular U.S. mail, postage prepaid, on:

Paulette D. Henry & Eric M. Henry, Sr., Debtors, at 1817 East 32nd Street, Lorain, OH 44055

/s/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
(216) 621-4268